THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION
CIVIL CASE NO. 4:94cv66

| | |
|---|---|
| TRUDY L. BRACKETT, Administratrix of the Estate of William Newell Ledford, Deceased, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ABEX CORPORATION, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   O R D E R <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER** is before the Court on the Plaintiffs' Motion Substituting Personal Representative as Plaintiff [Doc. 18].

Raymond Roger Ledford moves to substitute himself as a party in this action for Trudy L. Brackett, Administratrix of the Estate of William Newell Ledford, deceased. In support of his request, Mr. Ledford submits documentation from the Cleveland County Superior Court indicating that Ms. Brackett has resigned as Administratrix of the Estate and that Mr. Ledford has been appointed in her stead. [Docs. 18-1, 18-2].

Mr. Ledford also makes reference to the fact that the Plaintiff Dorothy Mae Ledford died on May 5, 2011. [Doc. 18-3]. Mr. Ledford offers no documentation, however, to establish that he has been appointed to represent Ms. Ledford's estate in any capacity.

For the reasons stated in the Motion, and for cause shown, the Motion will be granted so as to allow the substitution of Raymond Roger Ledford as the Administrator for the Estate of William Newell Ledford. To the extent that Mr. Ledford seeks to substitute himself as Plaintiff for Ms. Ledford, the Motion is denied without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion Substituting Personal Representative as Plaintiff [Doc. 18] is **GRANTED IN PART** and **DENIED IN PART**. Specifically, the Motion is **GRANTED** to the extent that Raymond Roger Ledford, Administrator of the Estate of William Newell Ledford, Deceased, is hereby substituted as Plaintiff in this action for Trudy L. Brackett, Administratrix of the Estate of William Newell Ledford, deceased. The Motion is **DENIED WITHOUT PREJUDICE** to the extent that Raymond Roger Ledford moves to substitute himself as a Plaintiff in the stead of Plaintiff Dorothy S. Ledford.

**IT IS FURTHER ORDERED** that the case caption is hereby amended to reflect the substitution of Raymond Roger Ledford as a Plaintiff in this matter.

**IT IS SO ORDERED.**

Signed: May 18, 2012

Martin Reidinger
United States District Judge

3