# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# SHELBY DIVISION
# CIVIL CASE NO. 4:94cv66

| | |
|---|---|
| RAYMOND ROGER LEDFORD, Administrator of the Estate of William Newell Ledford, Deceased, et al., ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) ) | **O R D E R** |
| ABEX CORPORATION, et al., ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the Court on the Defendants' Motions to Supplement Expert Witnesses [Docs. 27, 28].

The Defendants Pneumo Abex, LLC and Honeywell International Inc. move to supplement their previously-made expert witness disclosures and to serve supplemental designations of additional experts in this case. The Defendants represent that the designation of these additional experts will not cause prejudice to any party, as the Plaintiffs have sufficient time to depose these experts prior to the expiration of the discovery deadline. [Docs. 27, 28]. The Plaintiffs have not filed any opposition to the Defendants' Motions.

For the reasons stated in the Motions, and for cause shown, the Motions will be granted.

**IT IS, THEREFORE, ORDERED** that the Defendants' Motions to Supplement Expert Witnesses [Docs. 27, 28] are **GRANTED**. The Defendant shall serve their supplemental expert designations within five (5) days of the entry of this Order and shall make all of their designated experts available for deposition by the Plaintiffs prior to the expiration of the July 15, 2012 discovery deadline.

**IT IS SO ORDERED.**

Signed: June 21, 2012

Martin Reidinger
United States District Judge