THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION
CIVIL CASE NO. 4:94cv66

| | |
|---|---|
| RAYMOND ROGER LEDFORD, )<br>Administrator of the Estate of )<br>William Newell Ledford, Deceased, )<br>et al., )<br>)<br>        Plaintiffs, )<br>)<br>vs. )<br>)<br>)<br>ABEX CORPORATION, et al., )<br>)<br>        Defendants. )<br>)  | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On April 18, 2012, the Clerk of Court sent notice to Thomas F. Taft, counsel for the Plaintiff Dorothy S. Ledford[1], advising that he is required pursuant to Local Rule 83.1 to register for the Court's Electronic Case Filing (ECF) System at www.ncwd.uscourts.gov. When counsel failed to register, the Clerk of Court sent a second notice on May 1, 2012. To date, counsel has not registered for ECF as required.

---

[1] Mr. Taft is one of three attorneys who currently represent Ms. Ledford in this action.

**IT IS, THEREFORE, ORDERED** that within thirty (30) days of the entry of this Order, attorney Thomas F. Taft shall either withdraw as counsel for the Plaintiff or register for ECF pursuant to Local Rule 83.1. Failure to take action in response to the Court's Order may result in counsel being held in contempt or the imposition of other appropriate sanctions.

**IT IS SO ORDERED.**

Signed: June 21, 2012

Martin Reidinger
United States District Judge