THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION
CIVIL CASE NO. 4:94cv66

| | |
|---|---|
| RAYMOND ROGER LEDFORD, Administrator of the Estate of William Newell Ledford, Deceased, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ABEX CORPORATION, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <u>)    O R D E R</u> <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER** is before the Court on the Defendant's motion for the admission of attorney G. Mark Phillips as counsel *pro hac vice*. [Doc. 35].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 35] is **ALLOWED**, and G. Mark Phillips is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: August 2, 2012

*/s/ Martin Reidinger*
Martin Reidinger
United States District Judge