THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION
CIVIL CASE NO. 4:94cv66

RAYMOND ROGER LEDFORD, )
Administrator of the Estate of )
William Newell Ledford, Deceased, )
et al., )
 )
 )
      Plaintiffs, )
 )
vs. )   O R D E R
 )
 )
ABEX CORPORATION, et al., )
 )
      Defendants. )
 )

**THIS MATTER** is before the Court on the Defendant's motion for the admission of attorney Amy E. Melvin as counsel *pro hac vice*. [Doc. 70].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 70] is **ALLOWED**, and Amy E. Melvin is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**    Signed: August 23, 2012

Martin Reidinger
United States District Judge