THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION
CIVIL CASE NO. 4:94cv66

| | |
|---|---|
| RAYMOND ROGER LEDFORD, Administrator of the Estate of William Newell Ledford, Deceased, et al., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) **O R D E R** ) ) |
| ABEX CORPORATION, et al., | ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the Plaintiff's motion for the admission of attorney James W. Ledlie as counsel *pro hac vice*. [Doc. 71].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 71] is **ALLOWED**, and James W. Ledlie is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: August 23, 2012

Martin Reidinger
United States District Judge