# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# SHELBY DIVISION
# CIVIL CASE NO. 4:94cv66

| | |
|---|---|
| RAYMOND ROGER LEDFORD, Administrator of the Estate of William Newell Ledford, Deceased, et al., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) **O R D E R** ) ) |
| ABEX CORPORATION, et al., | ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the Defendant Pneumo Abex, LLC's Motion in Limine [Doc. 98], filed on August 23, 2012.

The Pretrial Order and Case Management Plan entered by the Court on May 18, 2012 required all motions *in limine* to be filed on or before August 16, 2012. [Doc. 26]. The Defendant's Motion *in Limine* is untimely and is therefore denied. The Defendant may raise the evidentiary issues asserted in its motion at the trial of this matter.

**IT IS, THEREFORE, ORDERED** that the Defendant Pneumo Abex, LLC's Motion in Limine [Doc. 98] is **DENIED WITHOUT PREJUDICE** subject to renewal at trial.

**IT IS SO ORDERED.**

Signed: August 27, 2012

Martin Reidinger
United States District Judge