THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION
CIVIL CASE NO. 4:94cv66

| | |
|---|---|
| RAYMOND ROGER LEDFORD, Administrator of the Estate of William Newell Ledford, Deceased, et al., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) **O R D E R** ) ) |
| ABEX CORPORATION, et al., | ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the Plaintiff's motion for special admission of attorney Vincent Brian Bevon pursuant to Local Civil Rule 83.1(B)(2). [Doc. 104].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 104] is **ALLOWED**, and attorney Vincent Brian Bevon is hereby granted special admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: August 28, 2012

Martin Reidinger
United States District Judge